IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD BOUMAN,

        Plaintiff,

v.                                                ORDER

STEVE ROBINSON, *et al.*,                          07-C-367-C

        Defendant.

---

On December 19, 2007, plaintiff prepared a motion to compel discovery that the court received on December 26, 2007. *See* dkt. 21. Defendants concede that they had not provided the requested discovery within 30 days because it took longer than that to compile the responsive information. Defendants claim, however, that on December 20, 2007, they provided all of the responsive discovery to plaintiff to which he was entitled. All they excluded were answers to plaintiff's interrogatories to a non-party, which are not countenanced by Rule 33. Because of this, defendants ask the court to deny plaintiff's motion as moot. Plaintiff has not contacted the court to contend otherwise.

Accordingly, it is ORDERED that plaintiff's motion to compel discovery is DENIED as moot.

Entered this 14th day of January, 2008.

                                                  BY THE COURT:
                                                  /s/
                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge