# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

CHAD BOUMAN,

      Plaintiff,

  v.

S. ROBINSON, Unit Manager; SPROUL, Unit Manager; M. JACOBS, Correctional Officer; R. MARTINEZ, Warden; M. NALLEY, Regional Director, Federal Bureau of Prisons, Kansas City, Kansas; H. WATTS, Administrator, National Inmate Appeals, Federal Bureau of Prisons, Washington D.C.,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**Case No.: 07-cv-367-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____7/17/08_____
Date